Maria Rohrs, Appellant, *v.* Lawyers Trust Company, as Successor Trustee, Respondent, Impleaded with Others.

Argued January 17, 1938; decided March 1, 1938.

*Jacob Shientag, Samuel Hoffman* and *Charles D. Hoffman* for appellant.

*Herbert A. Wolff, Justin N. Reinhardt, Theodore S. Jaffin* and *Benjamin Kaplan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.